Form A

**FILED**

**AUG 3 1 2022**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

In The United States District Court
Northern District of Iowa

Daniel Leroy Hodges )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of the
Plaintiff or Plaintiffs in this action.)

vs.                                              COMPLAINT

Iowa Medical Classification
center - IMCC )
_____ )
_____ )
_____ )
(Enter above the full name of the
Defendant or Defendants in this
action, if known.)

(NOTE: if there is more than one plaintiff, a separate sheet should be attached giving the information in parts I and II below for each plaintiff, by name.)

I.  Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts
      Involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is YES, please answer the questions 1 thru 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiffs _____

         Defendants _____

      2. Court (if federal court, name the district; if state court, name the county) _____

      3. Docket number _____

4. Name of judge whom case was assigned _____

5. Disposition, if known (For example: was the case dismissed? Was it appealed? Is it still pending?
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of Present Confinement  Anamosa State Penitentiary

   A. Is there a prisoner grievance procedure in this institution? Yes (✓)  No ( )

   B. Did you present the fact relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)  No ( )   At Oak Dale - IMCC

   C. If your answer is YES,

      1. What steps did you take?  Talk to The Warden And file A Grievance.

      2. What was the results?  Nothing At All.

   D. If your answer is No, explain why not _____

   E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?
      Yes (✓)  No ( )

   F. If your answer is YES,

      1. What steps did you take?  Talk to unit captain And Prison Warden.

      2. What was the result?  They told me to fil A Grievance. But Nothing Happened.

III. Parties

(In item A below, place your name in the first blank and place your present address in the second bank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff  Daniel Leroy Hodges Jr
      Address  406 N High Street Anamosa, IA 52205

B. Additional Plaintiffs _____

In item C below, place the full name of the defendant in the first blank, his official position in the second blank. Use item D for the name, positions, and places of employment of any additional defendants.

C. Defendant **Iowa Medical Classification Center** is employed as **IDOC** at **2900 Coralridge Ave Coralville, IA 52241**

D. Additional Defendant(s) are/is employed as _____ at _____

## IV. Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343 (a) (3). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in Part V of this complaint.

## V. State of Claim

State here as briefly as possible the FACTS of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading PART V CONTINUED at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.

On March 20th of 2022, I was housed on GH unit in Iowa Medical Center. That morning for A.M Pill Line Nurse Robert Benhuizen was serving medicine. When it was my turn for my meds he gave me someone ealse's medicine. After I took the medicine I asked Nurse Robert Benhuizen if the meds I took where mine he then responed by saying oh wow I'm very sorry I messed up, those's where some one ealse's, I'll be back with yours in a few. Mr. Benhuizen then returned with my meds 20 mins later and I took them. About 45 minutes later I felt very weired and I remember waking up on the cement ground with a very bad migran and also seeing little white dots for about 2 minutes. I then yelled for a CO and CO Seth Raefring called for assistance needed. Mr. Benhuizen came back and only read me my vitals and gave me Tylonal and told me to lay down, no doctor appts where set up nor any xRay's. My eye was blackish blue and the left side of my face was swallen up and bruised bad, I feel I was treated unfair 100%. Nor was I checked for any internal injuries.

## VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

**Sue Iowa Medical Classification Center.**

_____
_____
_____
_____

VII. Statement Regarding Assistance in Preparing This Complaint

    A. Did any person other than a named plaintiff in this action assist you in preparing this complaint?
       YES ( )   NO (✓)

    B. If your answer is YES, name the person who assisted you.

_____

    C. Signature of person who helped you prepare complaint

_____     _____
(Date)                         (Signature)

VIII. Signature(s) of Plaintiff(s)

Signed this 23rd day of Aug, 20 22

*Daniel Hodges*
(Signature)

Signatures of additional Plaintiffs, if any:

_____
_____
_____
_____